JS-6

**MFS LEGAL INC.**
Neal F. Morrow III (SBN 295497)
Zachary B. Powell (SBN 310901)
21143 Hawthorne Blvd. Suite 514
Torrance, CA 90503
Tel: (562) 379-2654

Attorney for Plaintiff Lucina Gonzalez

**KLEIN THOMAS LEE & FRESARD**
Anthony S. Thomas (SBN 149284)
Email: Tony.thomas@kleinthomaslaw.com
1920 Main Street, Suite 230
Irvine, CA 92614
Tel: (310) 424-4009

Attorney for Defendant, Nissan North America, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LUCINA GONZALEZ,<br>Plaintiff,<br>vs.<br>NISSAN NORTH AMERICA, INC., a corporation, and DOES 1 through 10, inclusive,<br>Defendants. | **CASE NO.: 2:25-cv-04101-BFM**<br>*[Removed from Los Angeles County Superior Court, Case No. 25STCV08412]*<br>Magistrate Judge: Brianna Fuller Mircheff<br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br>Action Filed: March 24, 2025<br>Trial: July 13, 2026 |

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. The stipulation is **GRANTED.** The Case is dismissed without prejudice.

2. The Court retains jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: August _4_, 2026

Brianna Fuller Mircheff
*United States Magistrate Judge*